UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>LEE J. POLANCO,<br><br>             Defendant. | 2:21-po-00355-CKD<br><br>ORDER TO DISMISS AND VACATE INITIAL APPEARANCE<br><br><br>DATE:  September 16, 2021<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00355-CKD is GRANTED.

It is further ordered that the initial appearance scheduled on September 16, 2021, is vacated.

IT IS SO ORDERED.

Dated: September 10, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE